952 A.2d 1168

**Fatai O. KING, Petitioner**

v.

**LINCOLN TECHNICAL INSTITUTE, et al., Respondent.**

Supreme Court of Pennsylvania.

July 8, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 8th day of July, 2008, the Petition for Allowance of Appeal being treated as a Petition for Review is **DENIED.**